Honorable Marsha Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON, SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR15-211 MJP |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER CONTINUING TRIAL |
| | ) | |
| JOHN BROWN and DERRICK CARTER, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

The court has considered the unopposed defense motion, pursuant to 18 USC § 3161 *et. seq*., to continue the trial date. For the reasons set forth therein, the court finds that the parties have exercised and are exercising due diligence in the discovery and trial preparation process, within the meaning of 18 USC § 3161(h)(7)(B), and that the requested continuance would promote substantial justice.

The court further finds, pursuant to 18 USC § 3161(h)(7)(A), that the ends of justice served by a continuance outweigh the interests of the public and the defendant in a speedy trial in this matter. This is based on the further finding that the failure to grant the requested continuance would likely result in a miscarriage of justice and that the unusual and complex

1

nature of the case and the existence of novel questions of law and fact make it unreasonable to expect adequate preparation within the time limits established by the section. 18 USC § 3161(h)(7)(B)(i) and (ii).

The court further finds that the period of time from the current trial date of March 14, 2016, up to and including the new trial date of June 27, 2016, shall be excludable time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The defendants shall file speedy trial waivers within ten days of this order.

IT IS THEREFORE ORDERED that the trial in this matter is continued until June 27, 2016. The new pre-trial motion cutoff date shall be March 21, 2016.

Dated this 2nd day of February, 2016.

Marsha J. Pechman
United States District Judge

Presented by:

/s/ Michael Nance
Defense Attorney

/s/ Robert Flennaugh
Defense Attorney