UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff/Appellee,<br><br>     v.<br><br>JOHN EMMETT BROWN JR., and<br>DERRICK LOUIS CARTER,<br><br>                  Defendants/Appellants. | CASE NO. CR15-211-MJP<br><br>ORDER MODIFYING<br>PROTECTIVE ORDER |

      Based upon the foregoing Partially Unopposed Motion to Modify Protective Order; Declaration of Counsel in Support, and for good cause shown, the Court MODIFIES the protective order entered July 21, 2015 (ECF No. 31) as follows:

      Counsel of record for Defendants/Appellants John Emmett Brown, Jr. and Derrick Louis Carter ("Defendants/Appellants") may provide one electronic copy set each of discovery containing Protection Information or Protected Material to the Federal Bureau of Prisons ("BOP") for use in a controlled environment by each Defendant/Appellant while in BOP

ORDER MODIFYING PROTECTIVE ORDER - 1

1  custody.  Defendants/Appellants shall be permitted to take notes regarding Protected Information

2  and Protected Material.

3      All other terms and conditions of the protective order remain in full effect.

4      The clerk is ordered to provide copies of this order to all counsel.

5      Dated April 27, 2018.

                                  Marsha J. Pechman
                                  United States District Judge

Presented by:
*s/ Jay A. Nelson*
Attorney for Derrick Louis Carter

ORDER MODIFYING PROTECTIVE ORDER - 2