# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Petitioner,<br><br> vs.<br><br>DERRICK CARTER,<br><br>        Defendant. | Case No. CR 15-211 MJP<br><br>ORDER RE: MOTION TO SEAL AND MOTION FOR OVERLENGTH BRIEF |

The Court, having received and reviewed:

1. Defendant Derrick Carter's Motion (Dkt. No. 333) to Seal Exhibit B (Dkt. No. 334) to his emergency motion for compassionate release, and

2. Derrick Carter's Motion (Dkt. No 335) to file an overlength brief regarding his emergency motion for compassionate release (Dkt. No. 332);

IT IS ORDERED that:

1. Derrick Carter's Motion to Seal Exhibit B (Dkt. No. 334) is GRANTED;

2. Derrick Carter's Motion for leave to file overlength brief is GRANTED and his 19-page brief in support of his emergency motion for compassionate release (Dkt. No. 332) will be considered.

Dated this 9th day of December,

                                                */s/ Marsha J. Pechman*
                                                Marsha J. Pechman
                                                United States Senior District Judge