The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>DERRICK CARTER,<br><br>                    Defendant. | CASE No. CR15-211 MJP<br><br>**ORDER EXTENDING TIME TO RESPOND TO DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE** |

Having considered the government's Unopposed Motion to Extend Time to Respond to Defendant's Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1), Dkt. 332, the Court ORDERS:

The government's unopposed motion is granted. The government shall file its responsive brief by December 17, 2020.

DATED this 15 day of December 2020.

_____
MARSHA J. PECHMAN
United States District Court Judge

Prepared by:
*/s/ Erin H. Becker*
ERIN H. BECKER
Assistant United States Attorney

Order Extending Time for Government's Response
*United States v. Carter / CR15-211 MJP* - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970