# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>vs.<br><br>DERRICK CARTER,<br><br>Defendant. | Case No. CR 15-211 MJP<br><br>ORDER RE: MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF |

The Court, having received and reviewed Derrick Carter's Motion (Dkt. No 345) to file an overlength brief regarding his reply to emergency motion for compassionate release (Dkt. No. 344);

IT IS ORDERED that Derrick Carter's Motion for leave to file overlength brief is GRANTED and his 7-page reply brief in support of his emergency motion for compassionate release (Dkt. No. 344) will be considered.

Dated this 21 day of December 2020,

Marsha J. Pechman
United States Senior District Judge