The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DERRICK CARTER,<br><br>Defendant. | NO. CR15-211 MJP<br><br>ORDER GRANTING MOTION TO SEAL EXHIBIT B TO THE DECLARATION OF ERIN H. BECKER |

This matter has come before the Court on the motion to seal Exhibit B to the Declaration of Erin H. Becker. The Court has reviewed the motion and records in this case and finds there are compelling reasons to permit the filing under seal Exhibit B to the Declaration of Erin H. Becker, due to the sensitive information contained therein.

//
//
//
//
//

Sealing Order - 1
*United States v. Carter,* CR15-211 MJP

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  IT IS HEREBY ORDERED that Exhibit B to the Declaration of Erin H. Becker be
2  filed under seal.
3  DATED this 20th day of January, 2021.

_____
MARSHA J. PECHMAN
United States District Court Judge

Presented by:

*/s/ Erin H. Becker*
ERIN H. BECKER
Assistant United States Attorney

Sealing Order
*United States v. Carter,* CR15-211 MJP
- 2 -
UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970