The Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DERRICK CARTER, <br><br> Defendant. | NO. CR15-211 MJP <br><br> ORDER GRANTING MOTION TO SEAL EXHIBIT C TO THE DECLARATION OF ERIN H. BECKER |

This matter has come before the Court on the motion to seal Exhibit C to the Declaration of Erin H. Becker. The Court has reviewed the motion and records in this case and finds there are compelling reasons to permit the filing under seal Exhibit C to the Declaration of Erin H. Becker, due to the sensitive information contained therein.

//
//
//
//
//

Sealing Order
*United States v. Carter,* CR15-211 MJP
- 1 -
UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

IT IS HEREBY ORDERED that Exhibit C to the Declaration of Erin H. Becker be filed under seal.

DATED this 20th day of January, 2021.

*[signature]*

MARSHA J. PECHMAN
United States District Court Judge

Presented by:

*/s/ Erin H. Becker*
ERIN H. BECKER
Assistant United States Attorney

Sealing Order
*United States v. Carter,* CR15-211 MJP

- 2 -

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970